Defendant's Exhibit 1A

I, Alterik Rogers, was arrested in the winter of the year 2014. I've been incarcerated for over 30 days in which I'm accused of committing a crime that I did not commit. There is no evidence, verbal or physical to even support these alleged allegations of me committing a felonious assault against Robert G. Washington. Since my arrival here at Jefferson County Jail, I've been in fear for my life, freedom and family. I've been threatened by the victim involved in my case, Robert G. Washington's Family member Sgt. Maynard Reed, currently staff here at Jefferson County Jail. I was promised in a threatening manner by Sgt. Maynard Reed since he and Prosecutor Jane H. Hanlin are close friends. That he will certainly get me indicted and convicted of these alleged allegations. I also have witnesses of him threatening me about my family, my case, my freedom and about calling and going to see Prosecutor Jane H. Hanlin concerning my case personally. I truly believe that I will not receive a fair trial due to all these alleged allegations being presented to the Judge David E. Henderson. I've been living in fear since he threatened me on Saturday, January 18, 2014, in front of many witnesses. I've even turned in a letter concerning these threats he directed to me, to my attorney, R. Aaron Miller, with witnesses signatures that were present at the time Sgt. Maynard Reed threatened and tried to provoke me to have a physical confrontation with him on the above date, which is January 18, 2014. Now 12 days later on January 30, 2014, I'm in my cell on lock down at the time in which Sgt. Maynard Reed accused me of threatening his trustee and him. It's all lies and false information coming from Sgt. Maynard Reed. I truly believe that Sgt. Maynard Reed in being friends with Prosecutor Jane Hanlin. By being familiar with the court system he knew by charging me with threatening him it would make my chances more easy to get an indictment for these alleged allegations by his family in laws, and also by charging me with threatening him it will help his close friend, Prosecutor Jane Hanlin to achieve an easy indictment and conviction for discrediting my character involving my felonious assault alleged allegations.

On January 4, 2014, I was charged for an alleged felonious assault, tampering with evidence, and having a weapon under disability. Now on January 30, 2014, while I am being housed at Jefferson County Jail, Sgt. Maynard Reed Falsely accused me of threatening him. Now six days later I'm indicted on February 5, 2014 on Count 1: Felonious Assault, Count 2: Having weapons while under disability and Count 3: Menacing by stalking. I believe that this is a form of corruption, prejudice, and bias due to the close relationship prosecutor Jane Hanlin and Sgt. Maynard Reed share. Can you please help me on this matter.

Willis Stackhouse said officer Maynard Reed confiscated 28 bags of heroin off of him, and only turned in 8 bags to the department. Stackhouse said he only gave him 10 days in lockdown. Three weeks later MacNeal AKA Alterik came in for lockup. After he heard that he stated that Stackhouse should report that to the captain or the Sherriff Abdellah Saturday, January 18th around 4:15, 4:30 Officer Reed came in an stated: MacNeal you need to take my name outta your mouth and tried to provoke MacNeal to get physical. After that MacNeal told Officer Reed that he knew his place. So he stayed behind the red line. All of the sudden Reed said he was going to talk to Jane Hanlin because he felt like his life was threatened. There was no threat made from MacNeal. Then Officer Reed said that MacNeal threatened to shoot him. MacNeal said nothing of the sort. Officer Reed also made comments about MacNeal's present and past cases in front of the whole pod C. He also mentioned my clothes, pants that I have in my property.

Before me personally appeared Alerik Rogers, aka Brian MacNeal (McNeil) who swore that the foregoing was true and accurate to the best of his knowledge and belief affixing his signature hereto was his free act and deed on this the 18th day of

ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

*Alterik Rogers* 18th Feb. 2014

**STATE OF OHIO**

**SS:**

**COUNTY OF BELMONT**

## AFFIDAVIT/STATEMENT MADE BY WILLIS STACKHOUSE

I, Willis Stackhouse, was incarcerated in Jefferson County Jail, from December 20th 2014 to January 18th 2014. On January 18th 2014, Sgt Reed and Correction Officer Thompson came on C-Pod and told all inmates to get behind the line. Sgt Reed then states "Macneal Aka Alterik Rogers keep my name out of your mouth". Sgt Reed tried to provoke Macneal to physical, Macneal told Officer Reed that he knew his place, so Macneal stayed behind the the red line. All of a sudden, Sgt. Reed stated "Im going to talk to my friend Prosecutor Jane Hanlin." Because he felt like his life was threatened, there was no threat's made from Macneal. Then Sgt Reed stated" Macneal threatened to shoot him. Macneal said nothing of the sort. Sgt Reed also made comment's about Macneal presents and pass cases in front of the whole C-Pod. Sgt Reed also made comment's about Macneal cloth's, pant's and evidence. I am making this statement of my own free will. It is what I saw and heard it's 100% truthful.***

**FURTHER AFFIANT SAYETH NAUGHT**

_Willis Stackhouse_
**AFFIANT**

**SWORN TO AND SUBSCRIBED** in my presence, a Notary Public for the state of Ohio in County of Belmont this 3rd day of September 20 CC

**SEAL**

**NOTARY PUBLIC**



MICHAEL KOLVEK
Notary Public, State of Ohio
My Commission Expires Feb. 12, 2020

**STATE OF OHIO:**
:SS
**BELMONT COUNTY:**

*AFFIDAVIT*

**Willis Stackhouse,** having being first duly sworn deposes and states,

I was in the Jefferson County Jail on January 18th 2014. Sergeant Reed and Correction Officer Thompson, came into C- Pod threatening inmate Macneal A.K.A Alterik Rogers, about going down to his friend Prosecutor Jane Hanlin. I do not recall Sergeant Reed speaking about inmates being threatened by Macneal on January 18th, 2014. I believe that Sergeant Reed made up lies about Macneal threatening other inmates. I never heard Macneal threaten anybody on C-Pod. I believe that Sergeant Reed came over to C-Pod to try and start a fight with Macneal, due to the fact he doesn't like him. I swear this is what took place on Saturday, January 18th 2014 and I am willing to take the stand and swear in open court and take a lie detector test.

*FURTHER AFFIANT SAYETH NAUGHT.*

_____
AFFIANT

**SWORN TO AND SUBSCRIBED** in my presence, a Notary Public for the State of Ohio in the County of Belmont this 3rd day of September 2015.

SEAL

MICHAEL KOLVEK
Notary Public, State of Ohio
My Commission Expires Feb. 12, 2020

_____
NOTARY PUBLIC

3 1/2 week

Willis Stackhouse said OFFICE Manard Reed confiscated 28 bags of Heroin off of him, and only turned in 8 bags to the department. Stackhouse said he only gave him 10 days lockdown.

Three weeks later Macneal aka Altgilk came in for lock-up. After he heard that he stated that Stackhouse should report that to the captain or to Sheriff Aldell

Sat 18th around 4:15 4:30 Officer Reed came in and stated: Macneal you need to take my name outta your mouth and tried to provoke Macneal to get physical. After that Macneal told Officer Reed that he knew his place, so he stayed behind the red line. All of the sudden Reed said he was going to talk to Jane Hankin cause he felt like his life was threatend. There was no threat made from Macneal. Then Officer Reed said that Macneal threatend to shoot him. Macneal said nothing of the sort. Officer Reed also made comments about Macneal's present and pass cases in front of the whole pod C. Also mention my cloths - paints that I have in my property.

Witnesses:

Millard Fordham — William Hughes
Aaron Belon — John Joy
Donald Abshire — Rennard Ellis
Willis Stackhouse — Matt B? Matt broz
Harry Stackhouse — Barry merritt ?
_____ — Jim Talerico
Marcus Gibson — Grant Basta
_____ — David _____

2/8/14

I, Zachary Hazeltine had arrived at Jefferson County Jail on Feb. 1, 2014 at 1:00 AM. I had got pepper sprayed in Toronto and had no medical attention when I had asked for it well I had asked when I got here to get help so I can see. Well SGT. Manard Reed had asked me to put on the uniform. I said I cannot see to put it on so he had grabbed me by my neck and slammed me on the ground. My brother is my witness, Martin Halstead. All I wanted eas medical attention and I got opposite, I got assaulted!!
I did this statement willingly on my own.

Zachary Hazeltine

ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

Zachary Hazeltine
24 Feb 2014

Sworn to before me and subscribed in my presence this 24th day of February, 2014.

R. Aaron Miller
Attorney at Law

2/10/14

I, Steven West seen Maynor Reed and Reese Thompson escort an inmate to E pod on January 30, 2014. I, Steven West was in D pod in 427 at the time. I found out later on in the day by Anthony Thorne who was also in D pod January 30, 2014 knew the inmate. He said his name was Alterik Rogers (aka: Brian Macneil) I, Steven West did not see or hear Mr. Rogers resist or threaten Maynor Reed or Reese Thompson on January 30, 2014. Anthony Thorne had also told me he felt Maynor Reed had a problem with Mr. Rogers because Mr. Rogers had a problem with Maynor Reed's family before being incarcerated. I, Steven West will take a lie detector test and get on stand at my own will.
Sincerely,
Steven West

ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

Steven West    Feb 19, 2014
Steven West    19 Feb 2014

On the date of January 30, 2014, I, Francisco Ortiz, was in Room 501 on a pod in Jefferson County Jail. At the time there were jokes going around about who had the remote during lock down, in which we were on. Words were going around stating that whoever had the remote was driving drunk (a phrase we use towards the person who is watching a channel on television that we do not want to watch). Once SGT. Reed hears inmate Alterik Rogers was threatening his trustee and goes to grab c/o Thompson for assistance. Inmate Alterik Rogers tries to explain to SGT. Reed that he was not talking to his trustee. But SGT. Reed insisted that he was. Once the door opens inmate Alterik Rogers walks out slowly because of his disability. To my understanding this is what pisses SGT. Reed off, he then grabs him by the neck of the shirt collar dragging him out the door. Once out the door I also watched SGT. Reed push and drag inmate Allterik Rogers down the hallway by the shirt collar until I could not see a visual of them anymore. I am willing to take a lie detector test about this situation. These are my words I solemnly swear.

Francisco Ortiz

ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

*Francisco Ortiz*
24 Feb 2014

Sworn to before me and subscribed in my presence this 24th day of February, 2014.

R. Aaron Miller
Atty. at Law

On Jan 30, 2014 Duan Harris was working the remote control during a lock down. During that time inmates were discussing which channel to watch. People were saying he was "Driving Drunk" (a saying we use when someone puts something on that no one wants to watch). Then people started cracking jokes to each other through the cell doors, at that point in a joking manner, Alterik Rogers aka Brian Macneil said, "I will two-piece the "drunk driver," as a joke. At that pont SGT. Reed took those words as a threat toward his trustee, and told Mr. Rogers to roll up his things and go to the hole. As Mr. Rogers was leaving he was stating that what was happening was some "Pussy ass shit," at that point SGT. Reed ran up on Mr. Rogers and said "Call me another pussy" at that point Mr. Rogers calmed down and went with SGT. Reed and officer Thompson. At no point did I hear Mr. Rogers say that he would shoot, punch, or do anything in a violent manner to SGT. Reed while in or leaving A-pod. I could ~~~~~~~~~~ take a lie detector test on any this the statements in this statement.

Schockow
Dustin ~~Schockson~~

Before me personally appeared Dustin Schockow on This the 19th day of February 2014 who swore that the foregoing is true and accurate to the best of his knowledge and belief.

Dustin Schockow Feb 19, 2014
Dustin Schockow    19 Feb 2014



ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

On Jan. 30, 2014, I Duan Harris was working the remote control during a lockdown. During that time inmates were discussing which channel to watch, people were saying I was "Driving Drunk" (a saying we use when someone puts something on that noone wants to watch). Then people started cracking jokes to each other through the cell doors, at that point in a joking manner Alterik Rogers aka. Brian Macneil said I will two-piece the "drunk driver" as a joke. At that point SGT. Reed took those words as a threat toward his trustee and told Mr. Rogers aka Brian Macneil to roll up his things and go to the hole. As Mr. Rogers was coming down the steps he was stating that what was happening was some "Pussy ass shit", at that point SGT. Reed ran up on Mr. Rogers and said, "call me another pussy". At that point Mr. Rogers calmed down and went with SGT. Reed and officer Thompson. At no point did I hear Mr. Rogers say that he would shoot punch or do anything in a violent manner to SGT. Reed while in or leaving A-Pod. I could go on the stand or take a lie detector test on any of the statements in this statement.

Duan Harris

On Jan 30, 2014 Duan Harris was working the remote control during a lockdown. During that time inmates were discussing which channel to watch. People were saying he was "Driving Drunk" (a saying we use when someone puts something on that noone wants to watch). Then people started cracking jokes to each other through the cell doors, at that point in a joking manner Altonic Rogers a.k.a. Brian Macneil said "I will two-piece the "drunk driver"", as a joke. At that point SGT Reed took those words as a threat toward his trustee, and told Mr. Rogers to roll up his things and go to the hole. As Mr. Rogers was leaving he was stating that what was happening was some "Pussy ass shit", at that point SGT. Reed ran up on Mr. Rogers and said "call me another pussy", at that point Mr. Rogers calmed down and went with SGT. Reed and Officer Thompson. At no point did I hear Mr. Rogers say that he would shoot, punch or do anything in a violent manner to SGT Reed while in or leaving A-100. I could go on the stand or take a lie detector test on any of the statements in this statement.

Duan Harris         Dustin Schockow

Josh Morris

Robert King

FRANCISCO ORTIZ

Clint Kirk

Michael CHAPMAN

Ron Trenner

Before, Alterik Rogers came to Pod-A, Sgt. Reed was working to build a case against him two-weeks prior to him arriving in Pod-A. I know this because he came in here speaking to Inmate Jeremiah Wade asking him if Black a.k.a. Alterik Rogers hit him in the face. It seemed a little obsessive because he wouldn't let it go, continually asking Jeremiah in various ways as though he was trying to get him to lie, like detectives do in an interrogation room. During that conversation he was also speaking about an incident where he took drugs off an inmate but didn't turn in everything to "help the kid out". This shows that he has the ability to take the law into his own hands. Then the day after indictments were released he comes to Pod-A saying, "I have to go on the stand on this man". I asked, "who", and he said he was referring to the inmate in the shooting case. As if it were something to celebrate and tell everyone about. Showing his authority through this quick indictment that he has the law on his side and can do what he wants. This shows to me a complete abuse of power and authority that has been going on too long and needs to be stopped, or this will continue to happen. My name is Duan Elijah Harris, I swear by my words I will go on a lie-detector or the stand for my statement

I Dustin Schockow will also testify, and go to the stand for this statement, and take a lie Detector test
Dustin Schockow
Dustin Schockow

STATE OF OHIO      )
                   ) SS:
COUNTY OF BELMONT  )

## AFFIDAVIT/STATEMENT MADE BY RANDALL FAZIO JR.

To whom it may concern, I Randall Fazio Jr. declare under penalty of perjury that the foregoing is true and correct:

On January 30, 2014, I Randall Fazio Jr. was being held in the Jefferson County Jail in "D-Block" at the time of the incident. While in my cell (428), my cellmate and others heard loud yelling coming from down the hall near blocks C, B, and A. At the time of the yelling, I could also hear loud voices, so I went to my cell door window to see what all the commotion was? As I looked out, I seen Sgt. Reed along with C/O Thompson escorting Mr. Rogers to the hole (segregation). As they came through the security door to enter the sally-port in front of D-block, which leads to segregation, the voices became clearer. At this time, I witnessed Maynard Reed push Mr. Rogers through the door. Mr. Roger's was pleading with Reed "please don't hit me, I ain't resisting." Rogers continued to move forward, he never resisted detainment. As they approached the actual door leading into E-block, Rogers was snatched up by Maynard Reed and slammed into the security door. The door was then opened and Maynard Reed threw Rogers through the threshold. All the while, Mr. Rogers is trying to carry his personal belongings. Pursuant to Ohio Administrative Code and the Full Service Jail Administrative Security Codes, (not accessible by inmates) state that whenever an inmate is being transported to segregation, the inmate shall be in restraints (handcuffs/or bellie chains, leg shackles), I witnessed Rogers having handcuffs on while trying to carry his personals, therefore there was no way that he could have resisted the officer's in question. Once they all had entered the sally-port and the doors had

1

closed, myself and others, could hear these officer's screaming at Mr. Rogers. They were so loud they could be heard through the doors and three to four cells through cinder blocks down the range. I then heard a cell door shut, followed by banging and clanging as if someone was being thrown around. Then the door opened three to five minutes later, then it shut again; I assume they had left the cell. Then I witnessed Sgt. Reed and Officer Thompson exit the Block and head back toward the control room.

This was not the only incident that I witnessed. There was another confrontation that started with C/O Thompson, this happened when I had moved to A block, I was approaching my trial date, which was <ins>about April 30th 2017</ins> I witnessed C/O Thompson and Sgt. Reed when they had called me and others out of our cells to turn in dirty towels to be laundered that morning, Reed and Thompson used this time to do a search of our cells and area for contraband. (shakedown). Rogers was in his cell, most likely asleep and clueless to the activities taking place. Once he was awakened by C/O Thompson opening his cell he stated an apology and proceeded to get up. His cellmate did the same. Thompson then accused him of being lazy and taking his time, even though Rogers has a disability due to his leg. He walks with a limp. Thompson began to get agitated and told Rogers, "Pack your shit up MacNeil (aka Rogers), its time for you to go to the hole with me and Sarge again!" Rogers asked, "what do you have to take me to the hole for Thompson?" Thompson said, "I'm not arguing with your ass, pack your shit up, I,m radioing Maynard." He proceeded to radio Sgt. Reed as Roger's got his things together. Thompson and Reed then escorted Rogers to the hole without any struggle. The way it looked to me, because I have seen people go to the hole and it is always for things more serious than being slow to get up; I think this was retaliation against Rogers.

Although it is hearsay, you can ask anyone who has ever been in this jail facility and they will tell how abusive these staff members are toward inmates. I seen this abuse personally and it shocked my

2

conscience." END STATEMENT.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Affiant

**SWORN TO AND SUBSCRIBED** in my presence, a Notary Public for the State of Ohio in the County of Belmont this 15th day of April, 2015.

SEAL

LOUIS M. ...
Notary Public, State ...
My Commission Expires

**NOTARY PUBLIC**

3

1/30/14

On the above date I Anthoney Elmore heard a commotion outside the pod area so I ran to my door to see what was going on. Upon looking out my door I saw Sgt. Maynard Reed and c/o Thompson escorting inmate Macneil to the hold, while bringing him in I heard inmate Maceil say "This the best job you had, your career as a boxer ended early because you got a glass chin and you soft." All this was said enroute to the cell, when they finally got to the cell Sgt. Reed and c/o Thompson went into the cell. I then heard another commotion like it was a physical altercation inside the cell. I then hear inmate Macneil say "Now what was that for" and begin to laugh. I know Mr. Macneil personally so when I hear the commotion I asked him "What's up and is he alright??" he stated to me "he was good and that sgt. Reed had just hit him twice, while he was yelling that up to me Sgt. Reed was in the door way to the pod looking up at my cell yelling to me "You heard him threatening me, right?" I never heard a threat so I didn't respond to his question, so then he went into the main control room and came over my emergency communicator and as me for my signature or a statement I said "I was cool to leave me out of it" Since I know Sgt. Reed and Mr. Macneil personally. So after a few hours go by myself and Mr. Macneil are talking about the events which led him into being brought to the hold, while doing so, Sgt. Reed and c/o Thompson are doing their rounds for count. In soing so they hear our discussion In mate Macneil stops c/o Thompson and ask him "did he him threatening the sgt." The c/o was at a lost for words and the sgt. Quickly intervened and said, "you threaten me twice now I have to take it personally. I'm going to Jane Hanlin personally the 1st time I called her this time I'm going to her personally." And told c/o Thompson to "come on." While leaving inmate Macneil got to laughing at the sgt. Saying "you hit like a girl and that's why you can't pay your son's tuition." The sgt. Laughed came back and said "That's why your girl on Section 8" and then he left. I did not want to write a statement but I know both parties personally and I believe what's right is right, now if sgt. Reed would of just hit Mr. Macneil and left it at that this statement would of never came into play, but for him to hit Mr. Macneil and then press charges on him because he knows the prosecutor personally, that I believe is a little to excessive and he crossed the line, making us inmates look like punching bags and targets for cases. This statement is honest 100 percent. I'll take a lie detector, and in no way, shape, or form was I threatened to write this. I just believe what's fair is fair and we should not be treated like this in the county when we already have enough on our plate...

Respectfully,
Anthony Elmore

Before me on this the 19th day of February, 2014 personally appeared Anthony Elmore who swore that the foregoing is true and accurate to the best of his knowledge and belief.

Anthony Elmore  2-19-14
Anthony Elmore  19 Feb. 2014

ROBERT AARON MILLER
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.