# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ALTERIK ROGERS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-cv-2750 |
| | : | |
| v. | : | Judge Watson |
| | : | |
| **SGT. MANARD REED, et al.,** | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Charles H. Cooper, Jr. and C. Benjamin Cooper, of the law firm Cooper & Elliott, hereby submit their notice of appearance as counsel of record for plaintiff Alterik Rogers in this matter.

    Respectfully submitted,

    /s/ C. Benjamin Cooper
    Charles H. Cooper, Jr.   (0037295)
    C. Benjamin Cooper   (0093103)
    Cooper & Elliott, LLC
    2175 Riverside Drive
    Columbus, Ohio 43221
    (614) 481-6000
    (614) 481-6001 (fax)
    chipc@cooperelliott.com
    benc@cooperelliott.com

    Attorneys for Plaintiff
    Alterik Rogers

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically and served electronically on the following counsel of record, this 6th day of December, 2018:

> J. Stephen Teetor, Esq.
> Matthew S. Teetor, Esq.
> Isaac Wiles Burkholder &Teetor, LLC
> Two Miranova Place, Suite 700
> Columbus, Ohio 43215-5098
> steetor@isaacwiles.com
> mteetor@isaacwiles.com
>
> Attorneys for Defendants
> Sgt. Manard Reed and C/O Reese Thompson

/s/ C. Benjamin Cooper