# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Alterik Rogers, a.k.a., Brian MacNeil, | : | |
| Plaintiff, | : | Case No. 2:14-cv-2750 |
| v. | : | Judge Michael H. Watson |
| Sgt. Manard Reed, *et al.*, | : | Magistrate Judge Vascura |
| Defendants. | : | |

## AGREED ENTRY OF DISMISSAL WITH PREJUDICE

Having been apprised by the parties that this matter has been amicably resolved, it is hereby **ORDERED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**.

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**